UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

Case Number: 06-12776

Honorable: Robert H. Cleland

VS.

Claim Number: 1998A12767

KIMBERLY CHAPMAN,

        Defendant,
_____/
PAMELA S. RITTER (P47886)
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

**ORDER FOR WAGE ASSIGNMENT**

At a session of said Court, held in the City of Detroit, Wayne County Michigan on _4/23/2009_____
Present: HONORABLE  ROBERT H. CLELAND
U.S. District Court Judge

    In accordance with the Stipulation of the parties: It is hereby ordered that STAK ENTERPRISES INCORPORATED deduct the sum of $32.50 per pay from the wages of said defendant, KIMBERLY CHAPMAN social security number: XXX-XX-0468 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 70932**
        **Charlotte, NC  28272-0932**

    **Please include account number 1998A12767**

This wage assignment is to remain in effect until the balance of **$1,775.38 plus accruing interest** is satisfied. The office of HOLZMAN RITTER & LEDUC PLLC., Attorney for UNITED STATES OF AMERICA will notify STAK ENTERPRISES INCORPORATED when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon STAK ENTERPRISES INCORPORATED Payroll Department.

  S/Robert H. Cleland
  ROBERT H. CLELAND
  UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2009, by electronic and/or ordinary mail.

  S/Lisa Wagner
  Case Manager and Deputy Clerk
  (313) 234-5522